DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.S.**, the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM**,
Appellees.

No. 4D2023-2249

[April 1, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Griffin, Judge; L.T. Case No. 31-2020-DP-000120.

Roger Ally of the Law Offices of Roger Ally, P.A., Miami, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, and Morgan Lyle Weinstein, Statewide Guardian ad Litem Office, Defending Best Interests Project, of Weinstein Law, P.A., Fort Lauderdale, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***